UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nelson Mickens,

    Petitioner,

v.

Warden, Madison Correctional Institution,

    Respondent.

Case No. 2:17-cv-539

Judge Michael H. Watson

Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On March 6, 2018, the Magistrate Judge issued an order and report and recommendation ("R&R") recommending that this action be dismissed and denying Petitioner's motion to proceed in forma pauperis as moot. ECF No. 2. Although the parties were advised of the right to file objections to the Magistrate Judge's R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 2, is **ADOPTED** and **AFFIRMED**. This case is **DISMISSED**. Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Clerk is **DIRECTED** to enter final **JUDGMENT**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**